**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WIERSMA, TERRENCE B | § Case No. 11-84695 |
|        WIERSMA, DINA M | § |
|  | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 28, 2011. The undersigned trustee was appointed on January 25, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         22,100.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 34.50 |
    | Bank service fees | 924.68 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]        $ | 21,140.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/04/2012 and the deadline for filing governmental claims was 04/04/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,960.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,960.00, for a total compensation of $2,960.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/28/2016            By: /s/JAMES E. STEVENS
                                Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Period Ending:** 06/28/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/28/11 (f)  
**§341(a) Meeting Date:** 12/01/11  
**Claims Bar Date:** 04/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1624 Autumncrest Drive, Crystal Lake, IL | 269,000.00 | 0.00 | | 0.00 | FA |
| 2 | Time Share - Grand Geneva, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Nine rooms household furniture, furnishings and | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. books, pictures, compact discs etc. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 401 K | 770.00 | 0.00 | | 0.00 | FA |
| 8 | Non-competition agreement with employer who pays<br>   See Order for Objection to Exemptions entered<br>January 18, 2012.<br>See Agreed Order on Complaint for Turnover of<br>Non-Exempt Asset entered June 20, 2012 (12-96044). | Unknown | 23,100.00 | | 22,100.00 | FA |
| 9 | 2011 Mercury Milan (11,000 miles) | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$294,770.00** | **$23,100.00** | | **$22,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** June 28, 2016 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 06/28/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******59-66 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/12 | {8} | Rieck and Crotty, P.C. | payment on non-exempt asset | 1129-000 | 1,500.00 | | 1,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 09/24/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 1,975.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.00 |
| 10/22/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 2,450.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,425.00 |
| 11/19/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 2,925.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,900.00 |
| 12/17/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 3,400.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,375.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 3,375.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,500.00 | 3,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,375.00 | |
| | | | **Subtotal** | | **3,500.00** | **125.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$125.00** | |

{} Asset reference(s)      Printed: 06/28/2016 06:59 PM    V.13.28

Case 11-84695    Doc 50    Filed 07/14/16    Entered 07/14/16 09:31:21    Desc Main
Document      Page 5 of 13

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 06/28/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,375.00 | | 3,375.00 |
| 01/21/13 | {8} | Team Concept Printing | payment adversary - non compete agreement | 1129-000 | 500.00 | | 3,875.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,865.00 |
| 02/21/13 | {8} | Team Concept Printing | payment - non-compete | 1129-000 | 500.00 | | 4,365.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,355.00 |
| 03/20/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 4,855.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,845.00 |
| 04/18/13 | {8} | Team Concept Printing | non-compete payment | 1129-000 | 500.00 | | 5,345.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,335.00 |
| 05/20/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 5,835.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,825.00 |
| 06/11/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #11-84695 | 2300-000 | | 8.55 | 5,816.45 |
| 06/20/13 | {8} | Team Concept Printing | pymt non-compete clause | 1129-000 | 500.00 | | 6,316.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,306.45 |
| 07/24/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 6,806.45 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,796.34 |
| 08/21/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 7,296.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,286.34 |
| 09/24/13 | {8} | Team Concept Printon | payment on non-compete agreement | 1129-000 | 500.00 | | 7,786.34 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.20 | 7,776.14 |
| 10/22/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 8,276.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 8,263.65 |
| 11/25/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 8,763.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 8,752.51 |
| 12/30/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 9,252.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.84 | 9,238.67 |
| 01/29/14 | {8} | Team Concept Printing | payment per court order re non-compete agreement | 1129-000 | 500.00 | | 9,738.67 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,724.97 |
| 02/25/14 | {8} | Team Concept Printing | payment per Court Order non-compete agreement | 1129-000 | 500.00 | | 10,224.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 10,211.90 |
| 03/19/14 | {8} | TEAM CONCEPT PRINTING | payment on non compete agreement | 1129-000 | 500.00 | | 10,711.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.41 | 10,697.49 |

Subtotals :  $10,875.00   $177.51

{} Asset reference(s)  
Printed: 06/28/2016 06:59 PM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-84695 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | WIERSMA, TERRENCE B | | Bank Name: | Rabobank, N.A. |
| | WIERSMA, DINA M | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***1326 | | Blanket Bond: | $6,620,000.00   (per case limit) |
| Period Ending: | 06/28/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/22/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 11,197.49 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.57 | 11,180.92 |
| 05/21/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 11,680.92 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.24 | 11,664.68 |
| 06/05/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #11-84695, 016018067 | 2300-000 | | 8.07 | 11,656.61 |
| 06/24/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 12,156.61 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.25 | 12,140.36 |
| 07/24/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 12,640.36 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.35 | 12,621.01 |
| 08/20/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 13,121.01 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.73 | 13,103.28 |
| 09/23/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 13,603.28 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.24 | 13,583.04 |
| 10/20/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 14,083.04 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.40 | 14,062.64 |
| 11/18/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 14,562.64 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.39 | 14,544.25 |
| 12/16/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 15,044.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.04 | 15,020.21 |
| 01/19/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 15,520.21 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.84 | 15,498.37 |
| 02/17/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 15,998.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 15,977.35 |
| 03/23/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 16,477.35 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.63 | 16,452.72 |
| 04/21/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 16,952.72 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.85 | 16,928.87 |
| 05/18/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 17,428.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.75 | 17,405.12 |
| 06/09/15 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-84695, Bond #016018067 | 2300-000 | | 9.08 | 17,396.04 |
| 06/24/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 17,896.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.71 | 17,869.33 |
| 07/21/15 | {8} | Team Concept Printing | payment on non compete agreement | 1129-000 | 500.00 | | 18,369.33 |

Subtotals :    $8,000.00    $328.16

{} Asset reference(s)    Printed: 06/28/2016 06:59 PM    V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-84695 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | WIERSMA, TERRENCE B | | Bank Name: | Rabobank, N.A. |
| | WIERSMA, DINA M | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***1326 | | Blanket Bond: | $6,620,000.00 (per case limit) |
| Period Ending: | 06/28/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.74 | 18,342.59 |
| 08/18/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 18,842.59 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.74 | 18,816.85 |
| 09/21/15 | {8} | Team Concept Printing | Payment on Non-Compete Agreement | 1129-000 | 500.00 | | 19,316.85 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.03 | 19,287.82 |
| 10/19/15 | {8} | Team Concept Printing | Payment on Non-Compete Agreement | 1129-000 | 500.00 | | 19,787.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.98 | 19,759.84 |
| 11/24/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 20,259.84 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 20,232.30 |
| 12/22/15 | {8} | Team Comcept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 20,732.30 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.20 | 20,700.10 |
| 01/20/16 | {8} | Team Concept Printing | payent on non-compete | 1129-000 | 500.00 | | 21,200.10 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.87 | 21,171.23 |
| 02/26/16 | {8} | Team Concept Printing | payment on non-compete agreement (final payment) | 1129-000 | 100.00 | | 21,271.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.35 | 21,241.88 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.50 | 21,208.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.40 | 21,178.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 21,149.62 |
| 06/08/16 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #11-84695, bOND #016018067 | 2300-000 | | 8.80 | 21,140.82 |
| | | | ACCOUNT TOTALS | | 21,975.00 | 834.18 | $21,140.82 |
| | | | Less: Bank Transfers | | 3,375.00 | 0.00 | |
| | | | Subtotal | | 18,600.00 | 834.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,600.00 | $834.18 | |

{} Asset reference(s)                                                                                  Printed: 06/28/2016 06:59 PM    V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 11-84695 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | WIERSMA, TERRENCE B | | **Bank Name:** | Rabobank, N.A. |
| | WIERSMA, DINA M | | **Account:** | ******4966 - Checking Account |
| **Taxpayer ID #:** | **-***1326 | | **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Period Ending:** | 06/28/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******59-66** | 3,500.00 | 125.00 | 0.00 |
| **Checking # ******4966** | 18,600.00 | 834.18 | 21,140.82 |
| | $22,100.00 | $959.18 | $21,140.82 |

{} Asset reference(s)  Printed: 06/28/2016 06:59 PM    V.13.28

Printed: 06/28/16 06:59 PM                            **Exhibit C**                                    Page: 1

## Case:  11-84695    WIERSMA, TERRENCE B

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/28/11 | 200 | U.S. Bankruptcy Court<br>327 South Church Street, Room 1100<br>Rockford, IL 61101<br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)><br>Adversary Complaint for Turnover (12-96044); Filing Fee Deferred. | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 |
| | 10/28/11 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 3,518.50 | 3,518.50 | 0.00 | 3,518.50 | 3,518.50 |
| | 10/28/11 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 2,960.00 | 2,960.00 | 0.00 | 2,960.00 | 2,960.00 |
| | | | **Total for Priority 200:   100% Paid** | **$6,771.50** | **$6,771.50** | **$0.00** | **$6,771.50** | **$6,771.50** |
| | | | **Total for Admin Ch.  7 Claims:** | **$6,771.50** | **$6,771.50** | **$0.00** | **$6,771.50** | **$6,771.50** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/09/12 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)><br>See Order of Objection to Claim No. 1 entered June 8, 2016. | 15,072.39 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 2 | 01/09/12 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 13,802.43 | 13,802.43 | 0.00 | 13,802.43 | 7,632.65 |
| 3 | 01/11/12 | 610 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7100-00   General Unsecured § 726(a)(2)> | 11,286.17 | 11,286.17 | 0.00 | 11,286.17 | 6,241.17 |
| 4 | 01/24/12 | 610 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 896.03 | 896.03 | 0.00 | 896.03 | 495.50 |
| 5 | 02/09/12 | 610 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)><br>See Order of Objection to Claim No. 5 entered June 8, 2016. | 795.17 | 0.00 * | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 06/28/16 06:59 PM  **Exhibit C**  Page: 2

**Case: 11-84695    WIERSMA, TERRENCE B**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 02/23/12 | 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)> | 5,353.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 -2 | 02/23/12 | 610 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-00  General Unsecured § 726(a)(2)><br>See Order of Objection to Claim No. 6-2 entered June 8, 2016. | 5,353.45 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 7 | 03/12/12 | 610 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br><7100-00  General Unsecured § 726(a)(2)><br>See Order of Objection to Claim No. 7 entered June 8, 2016. | 91.71 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    55.29931% Paid** | **$52,650.80** | **$25,984.63** | **$0.00** | **$25,984.63** | **$14,369.32** |
| | | | **Total for Unsecured Claims:** | **$52,650.80** | **$25,984.63** | **$0.00** | **$25,984.63** | **$14,369.32** |
| | | | **Total for Case :** | **$59,422.30** | **$32,756.13** | **$0.00** | **$32,756.13** | **$21,140.82** |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**         Exhibit D

Case No.: 11-84695
Case Name: WIERSMA, TERRENCE B
Trustee Name: JAMES E. STEVENS

**Balance on hand:**         $ 21,140.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 21,140.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,960.00 | 0.00 | 2,960.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,518.50 | 0.00 | 3,518.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $ 6,771.50
Remaining balance:   $ 14,369.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 14,369.32

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 14,369.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,984.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 2 | Discover Bank | 13,802.43 | 0.00 | 7,632.65 |
| 3 | First National Bank of Omaha | 11,286.17 | 0.00 | 6,241.17 |
| 4 | Capital One,N.A | 896.03 | 0.00 | 495.50 |
| 5 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 6 | GE Capital Retail Bank | 0.00 | 0.00 | 0.00 |
| 6 -2 | Midland Credit Management, Inc. as agent for | 0.00 | 0.00 | 0.00 |
| 7 | Verizon Wireless | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 14,369.32 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**