UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **WIERSMA, TERRENCE B** | ) Bankruptcy Case No. 11-84695TML |
| **WIERSMA, DINA M** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

WIERSMA, TERRENCE B
WIERSMA, DINA M
1624 AUTUMNCREST DRIVE
CRYSTAL LAKE, IL 60014

STEPHEN J. COSTELLO
COSTELLO & COSTELLO
19 N WESTERN AVE RT 31
CARPENTERSVILLE, IL 60110
*(via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha
1620 Dodge Street Stop Code 3105
Omaha, NE 68197


Capital One, N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374

Quantum3 Group LLC as agent for
World Financial Network National Bank
PO Box 788
Kirkland, WA 98083-0788

Midland Credit Management, Inc. as agent for
Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Verizon Wireless
PO Box 3397
Bloomington, IL 61702

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com