# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WIERSMA, TERRENCE B § Case No. 11-84695
WIERSMA, DINA M §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $294,770.00          Assets Exempt: $43,970.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,369.32      Claims Discharged
                                                  Without Payment: $51,314.65

Total Expenses of Administration: $7,730.68

3) Total gross receipts of $ 22,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,872.69 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,730.68 | 7,730.68 | 7,730.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,779.68 | 52,650.80 | 25,984.63 | 14,369.32 |
| **TOTAL DISBURSEMENTS** | $310,652.37 | $60,381.48 | $33,715.31 | $22,100.00 |

    4) This case was originally filed under Chapter 7 on October 28, 2011. The case was pending for 60 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2016     By: /s/JAMES E. STEVENS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-competition agreement with employer who pays | 1129-000 | 22,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CitiMortgage | 4110-000 | 37,050.77 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 49,875.33 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit | 4110-000 | 23,435.64 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 115,510.95 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$225,872.69** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,960.00 | 2,960.00 | 2,960.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,518.50 | 3,518.50 | 3,518.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.55 | 8.55 | 8.55 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.11 | 10.11 | 10.11 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.20 | 10.20 | 10.20 |
| Rabobank, N.A. | 2600-000 | N/A | 12.49 | 12.49 | 12.49 |
| Rabobank, N.A. | 2600-000 | N/A | 11.14 | 11.14 | 11.14 |
| Rabobank, N.A. | 2600-000 | N/A | 13.84 | 13.84 | 13.84 |
| Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| Rabobank, N.A. | 2600-000 | N/A | 13.07 | 13.07 | 13.07 |
| Rabobank, N.A. | 2600-000 | N/A | 14.41 | 14.41 | 14.41 |
| Rabobank, N.A. | 2600-000 | N/A | 16.57 | 16.57 | 16.57 |
| Rabobank, N.A. | 2600-000 | N/A | 16.24 | 16.24 | 16.24 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.07 | 8.07 | 8.07 |
| Rabobank, N.A. | 2600-000 | N/A | 16.25 | 16.25 | 16.25 |
| Rabobank, N.A. | 2600-000 | N/A | 19.35 | 19.35 | 19.35 |
| Rabobank, N.A. | 2600-000 | N/A | 17.73 | 17.73 | 17.73 |
| Rabobank, N.A. | 2600-000 | N/A | 20.24 | 20.24 | 20.24 |
| Rabobank, N.A. | 2600-000 | N/A | 20.40 | 20.40 | 20.40 |
| Rabobank, N.A. | 2600-000 | N/A | 18.39 | 18.39 | 18.39 |
| Rabobank, N.A. | 2600-000 | N/A | 24.04 | 24.04 | 24.04 |
| Rabobank, N.A. | 2600-000 | N/A | 21.84 | 21.84 | 21.84 |
| Rabobank, N.A. | 2600-000 | N/A | 21.02 | 21.02 | 21.02 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 24.63 | 24.63 | 24.63 |
| Rabobank, N.A. | 2600-000 | N/A | 23.85 | 23.85 | 23.85 |
| Rabobank, N.A. | 2600-000 | N/A | 23.75 | 23.75 | 23.75 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.08 | 9.08 | 9.08 |
| Rabobank, N.A. | 2600-000 | N/A | 26.71 | 26.71 | 26.71 |
| Rabobank, N.A. | 2600-000 | N/A | 26.74 | 26.74 | 26.74 |
| Rabobank, N.A. | 2600-000 | N/A | 25.74 | 25.74 | 25.74 |
| Rabobank, N.A. | 2600-000 | N/A | 29.03 | 29.03 | 29.03 |
| Rabobank, N.A. | 2600-000 | N/A | 27.98 | 27.98 | 27.98 |
| Rabobank, N.A. | 2600-000 | N/A | 27.54 | 27.54 | 27.54 |
| Rabobank, N.A. | 2600-000 | N/A | 32.20 | 32.20 | 32.20 |
| Rabobank, N.A. | 2600-000 | N/A | 28.87 | 28.87 | 28.87 |
| Rabobank, N.A. | 2600-000 | N/A | 29.35 | 29.35 | 29.35 |
| Rabobank, N.A. | 2600-000 | N/A | 33.50 | 33.50 | 33.50 |
| Rabobank, N.A. | 2600-000 | N/A | 29.40 | 29.40 | 29.40 |
| Rabobank, N.A. | 2600-000 | N/A | 29.36 | 29.36 | 29.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.80 | 8.80 | 8.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,730.68 | $7,730.68 | $7,730.68 |

## EXHIBIT 5 ─ PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 ─ PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,828.50 | 15,072.39 | 0.00 | 0.00 |
| 2 | Discover Bank | 7100-000 | 13,635.54 | 13,802.43 | 13,802.43 | 7,632.65 |
| 3 | First National Bank of Omaha | 7100-000 | 11,286.00 | 11,286.17 | 11,286.17 | 6,241.17 |
| 4 | Capital One,N.A | 7100-000 | N/A | 896.03 | 896.03 | 495.50 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 795.17 | 0.00 | 0.00 |
| 6 | GE Capital Retail Bank | 7100-000 | 5,050.00 | 5,353.45 | 0.00 | 0.00 |
| 6 -2 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 5,353.45 | 0.00 | 0.00 |
| 7 | Verizon Wireless | 7100-000 | 280.30 | 91.71 | 0.00 | 0.00 |
| NOTFILED | LaCrosse Litho Suply, LLC c/o | 7100-000 | 8,989.36 | N/A | N/A | 0.00 |
| NOTFILED | Midland Paper: | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/Chase | 7100-000 | 972.48 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/CitiCard Processing Center | 7100-000 | 5,456.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC- Household Bank | 7100-000 | 2,285.36 | N/A | N/A | 0.00 |
| NOTFILED | NCB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Fin.(Grand Appliance) | 7100-000 | 2,393.00 | N/A | N/A | 0.00 |
| NOTFILED | Smart Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Orange Lake Capital Management | 7100-000 | 623.27 | N/A | N/A | 0.00 |
| NOTFILED | Hamilton Partners | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Xerox Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Bank Manifest Funding | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Room Place | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Q & Q Finishing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edison Press | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grand Geneva, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Domestic Uniform c/o The Chaet Kaplan Baim Firm | 7100-000 | 5,683.96 | N/A | N/A | 0.00 |
| NOTFILED | CitiCard - Home Depot Processing Center | 7100-000 | 695.00 | N/A | N/A | 0.00 |
| NOTFILED | Children's Memorial Hosp. c/o NCO Financial | 7100-000 | 929.91 | N/A | N/A | 0.00 |
| NOTFILED | Citicard | 7100-000 | 10,951.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Gray Wolf Graphics | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $84,779.68 | $52,650.80 | $25,984.63 | $14,369.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Period Ending:** 11/02/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/28/11 (f)  
**§341(a) Meeting Date:** 12/01/11  
**Claims Bar Date:** 04/04/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1624 Autumncrest Drive, Crystal Lake, IL | 269,000.00 | 0.00 | | 0.00 | FA |
| 2   Time Share - Grand Geneva, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 3   Nine rooms household furniture, furnishings and | 4,000.00 | 0.00 | | 0.00 | FA |
| 4   Misc. books, pictures, compact discs etc. | 100.00 | 0.00 | | 0.00 | FA |
| 5   Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | FA |
| 6   Wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 7   401 K | 770.00 | 0.00 | | 0.00 | FA |
| 8   Non-competition agreement with employer who pays See Order for Objection to Exemptions entered January 18, 2012. See Agreed Order on Complaint for Turnover of Non-Exempt Asset entered June 20, 2012 (12-96044). | Unknown | 23,100.00 | | 22,100.00 | FA |
| 9   2011 Mercury Milan (11,000 miles) | 20,000.00 | 0.00 | | 0.00 | FA |
| **9   Assets   Totals** (Excluding unknown values) | **$294,770.00** | **$23,100.00** | | **$22,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** June 28, 2016 (Actual)

Printed: 11/02/2016 02:12 PM    V.13.28

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 11/02/16

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******59-66 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/12 | {8} | Rieck and Crotty, P.C. | payment on non-exempt asset | 1129-000 | 1,500.00 | | 1,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 09/24/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 1,975.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.00 |
| 10/22/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 2,450.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,425.00 |
| 11/19/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 2,925.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,900.00 |
| 12/17/12 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 3,400.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,375.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 3,375.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,500.00** | **3,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,375.00 | |
| | | | **Subtotal** | | **3,500.00** | **125.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$125.00** | |

{} Asset reference(s)

Printed: 11/02/2016 02:12 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 11/02/16

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,375.00 | | 3,375.00 |
| 01/21/13 | {8} | Team Concept Printing | payment adversary - non compete agreement | 1129-000 | 500.00 | | 3,875.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,865.00 |
| 02/21/13 | {8} | Team Concept Printing | payment - non-compete | 1129-000 | 500.00 | | 4,365.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,355.00 |
| 03/20/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 4,855.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,845.00 |
| 04/18/13 | {8} | Team Concept Printing | non-compete payment | 1129-000 | 500.00 | | 5,345.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,335.00 |
| 05/20/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 5,835.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,825.00 |
| 06/11/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #11-84695 | 2300-000 | | 8.55 | 5,816.45 |
| 06/20/13 | {8} | Team Concept Printing | pymt non-compete clause | 1129-000 | 500.00 | | 6,316.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,306.45 |
| 07/24/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 6,806.45 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,796.34 |
| 08/21/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 7,296.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,286.34 |
| 09/24/13 | {8} | Team Concept Printon | payment on non-compete agreement | 1129-000 | 500.00 | | 7,786.34 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.20 | 7,776.14 |
| 10/22/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 8,276.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 8,263.65 |
| 11/25/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 8,763.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 8,752.51 |
| 12/30/13 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 9,252.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.84 | 9,238.67 |
| 01/29/14 | {8} | Team Concept Printing | payment per court order re non-compete agreement | 1129-000 | 500.00 | | 9,738.67 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,724.97 |
| 02/25/14 | {8} | Team Concept Printing | payment per Court Order non-compete agreement | 1129-000 | 500.00 | | 10,224.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 10,211.90 |
| 03/19/14 | {8} | TEAM CONCEPT PRINTING | payment on non compete agreement | 1129-000 | 500.00 | | 10,711.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.41 | 10,697.49 |

Subtotals :    $10,875.00    $177.51

{} Asset reference(s)

Printed: 11/02/2016 02:12 PM    V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 11/02/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 11,197.49 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.57 | 11,180.92 |
| 05/21/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 11,680.92 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.24 | 11,664.68 |
| 06/05/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #11-84695, 016018067 | 2300-000 | | 8.07 | 11,656.61 |
| 06/24/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 12,156.61 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.25 | 12,140.36 |
| 07/24/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 12,640.36 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.35 | 12,621.01 |
| 08/20/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 13,121.01 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.73 | 13,103.28 |
| 09/23/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 13,603.28 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.24 | 13,583.04 |
| 10/20/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 14,083.04 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.40 | 14,062.64 |
| 11/18/14 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 14,562.64 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.39 | 14,544.25 |
| 12/16/14 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 15,044.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.04 | 15,020.21 |
| 01/19/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 15,520.21 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.84 | 15,498.37 |
| 02/17/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 15,998.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 15,977.35 |
| 03/23/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 16,477.35 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.63 | 16,452.72 |
| 04/21/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 16,952.72 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.85 | 16,928.87 |
| 05/18/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 17,428.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.75 | 17,405.12 |
| 06/09/15 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-84695, Bond #016018067 | 2300-000 | | 9.08 | 17,396.04 |
| 06/24/15 | {8} | Team Concept Printing | payment on non-compete | 1129-000 | 500.00 | | 17,896.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.71 | 17,869.33 |
| 07/21/15 | {8} | Team Concept Printing | payment on non compete agreement | 1129-000 | 500.00 | | 18,369.33 |

Subtotals :     $8,000.00     $328.16

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-84695  
**Case Name:** WIERSMA, TERRENCE B  
WIERSMA, DINA M  
**Taxpayer ID #:** **-***1326  
**Period Ending:** 11/02/16

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.74 | 18,342.59 |
| 08/18/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 18,842.59 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.74 | 18,816.85 |
| 09/21/15 | {8} | Team Concept Printing | Payment on Non-Compete Agreement | 1129-000 | 500.00 | | 19,316.85 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.03 | 19,287.82 |
| 10/19/15 | {8} | Team Concept Printing | Payment on Non-Compete Agreement | 1129-000 | 500.00 | | 19,787.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.98 | 19,759.84 |
| 11/24/15 | {8} | Team Concept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 20,259.84 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 20,232.30 |
| 12/22/15 | {8} | Team Comcept Printing | payment on non-compete agreement | 1129-000 | 500.00 | | 20,732.30 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.20 | 20,700.10 |
| 01/20/16 | {8} | Team Concept Printing | payent on non-compete | 1129-000 | 500.00 | | 21,200.10 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.87 | 21,171.23 |
| 02/26/16 | {8} | Team Concept Printing | payment on non-compete agreement (final payment) | 1129-000 | 100.00 | | 21,271.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.35 | 21,241.88 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.50 | 21,208.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.40 | 21,178.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 21,149.62 |
| 06/08/16 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #11-84695, bOND #016018067 | 2300-000 | | 8.80 | 21,140.82 |
| 08/18/16 | 10105 | U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 20,847.82 |
| 08/18/16 | 10106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,518.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,518.50 | 17,329.32 |
| 08/18/16 | 10107 | JAMES E. STEVENS | Dividend paid 100.00% on $2,960.00, Trustee Compensation; Reference: | 2100-000 | | 2,960.00 | 14,369.32 |
| 08/18/16 | 10108 | Discover Bank | Dividend paid 55.29% on $13,802.43; Claim# 2; Filed: $13,802.43; Reference: | 7100-000 | | 7,632.65 | 6,736.67 |
| 08/18/16 | 10109 | First National Bank of Omaha | Dividend paid 55.29% on $11,286.17; Claim# 3; Filed: $11,286.17; Reference: | 7100-000 | | 6,241.17 | 495.50 |
| 08/18/16 | 10110 | Capital One,N.A | Dividend paid 55.29% on $896.03; Claim# 4; Filed: $896.03; Reference: | 7100-000 | | 495.50 | 0.00 |

Subtotals :    $3,100.00    $21,469.33

{} Asset reference(s)

Printed: 11/02/2016 02:12 PM    V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-84695 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | WIERSMA, TERRENCE B | | **Bank Name:** | Rabobank, N.A. |
| | WIERSMA, DINA M | | **Account:** | ******4966 - Checking Account |
| **Taxpayer ID #:** | **-***1326 | | **Blanket Bond:** | $6,620,000.00   (per case limit) |
| **Period Ending:** | 11/02/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 21,975.00 | 21,975.00 | $0.00 |
| | | | Less: Bank Transfers | | 3,375.00 | 0.00 | |
| | | | **Subtotal** | | 18,600.00 | 21,975.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $18,600.00 | $21,975.00 | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******59-66** | 3,500.00 | 125.00 | 0.00 |
| **Checking # ******4966** | 18,600.00 | 21,975.00 | 0.00 |
| | $22,100.00 | $22,100.00 | $0.00 |

{} Asset reference(s)

Printed: 11/02/2016 02:12 PM    V.13.28